IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRI THOMPSON-SCOTTON | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 20-1075 |
| | : | |
| RAPPS SENIOR CARE, LLC, et al | : | |
| Defendant | : | |

## NOTICE

To:     Counsel of Record

TAKE NOTICE that a **Telephone Conference** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Friday, August 7, 2020 at 9:30 a.m.  The purpose of the conference is limited to discuss whether the parties would benefit from a settlement conference and if so THE SCHEDULING OF A CONFERENCE.**  The Court will contact counsel with dial in information.

/s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date:   July 31, 2020

-Notice filed via ECF