# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORRI THOMPSON-SCOTTON,**  <br><br>**Plaintiff,**<br><br>v.<br><br>**RAPPS SENIOR CARE, LLC d/b/a WOODBRIDGE PLACE, and WOOD BINE SENIOR LIVING, LLC** | **CIVIL ACTION**<br><br>**NO.   20-1075** |

## ORDER

**AND NOW, TO WIT:**   This 16th day of September, 2020, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:**   s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk

O:\CIVIL 20\20-1075 THOMPSON-SCOTT V RAPPS SR CARE\20CV1075 41B ORDER 09162020.DOCX